AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br><br>SHAWN MONPER<br><br>*Defendant(s)* | Case No. 25-624<br><br>[UNDER SEAL] |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 17, 2025 - April 1, 2025 in the county of Butler in the Western District of Pennsylvania, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count One: 18 U.S.C. §115(a)(1)(B) | Influencing, Impeding or Retaliating against a Federal Official and a Federal Law Enforcement Officer (February 17, 2025) |
| Count Two: 18 U.S.C. §115(a)(1)(B) | Influencing, Impeding or Retaliating against a Federal Official and a Federal Law Enforcement Officer (March 4, 2025) |
| Count Three: 18 U.S.C. §115(a)(1)(B) | Influencing, Impeding or Retaliating against a Federal Official and a Federal Law Enforcement Officer (March 18, 2025) |
| Count Four: 18 U.S.C. §115(a)(1)(B) | Influencing, Impeding or Retaliating against a Federal Official and a Federal Law Enforcement Officer (April 1, 2025) |

This criminal complaint is based on these facts:

Please see attached Affidavit in Support of Criminal Complaint.

☑ Continued on the attached sheet.

*s/ Ryan Chrobak*
*Complainant's signature*

Ryan Chrobak, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 04/09/2025

*Judge's signature*

City and state: Pittsburgh, Pennsylvania     Hon. Christopher B. Brown, US Magistrate Judge
*Printed name and title*